■ In the Matter of DEBRA NEAL, Respondent, v THERESA DE ROSA et al., Appellants.—In a custody proceeding, the appeal is from an order of the Family Court, Queens County, dated June 28, 1977, which, after a hearing, awarded custody of the child to petitioner. Order affirmed, without costs or disbursements (see *Matter of Bennett v Jeffreys,* 40 NY2d 543). Hopkins, J. P., Latham, Shapiro and Mollen, JJ., concur.